No. 10–5405. MORENO-MONTANO v. JACQUERT ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–5406. HINKLEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–5407. ADAMS v. DEPARTMENT OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 10–5408. BENJAMIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5409. CLEMMONS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5410. BADUE v. McGINNESS, SHERIFF, SACRAMENTO COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5411. WILSON v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5412. SHOLES v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–5413. RASHID v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5414. ROBERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5415. RAMOS-HERNANDEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–5417. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5418. BROWN v. WATTERS, SUPERINTENDENT, CENTRAL WISCONSIN CENTER FOR THE DEVELOPMENTALLY DISABLED. C. A. 7th Cir. Certiorari denied.

No. 10–5419. WAID v. UNITED STATES. C. A. 5th Cir. Certiorari denied.